# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMPER/EXETER PAPER COMPANY, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> HENDERSON SPECIALTY PAPER, LLC, *et al.*, <br><br> Defendants. | Case No. Case No.: SACV09-0672-AG(MLGx) <br><br> **ORDER RE DISMISSAL WITH PREJUDICE AND RELEASE OF BOND** <br><br> Assigned to: <br> Hon. Andrew J. Guilford |

Based upon the Parties' Stipulation To Dismiss With Prejudice and Release of Bond, and good cause appearing thereon, it is hereby ordered:

**ORDERED** that Plaintiff's Complaint and Defendants' Counter-Claims are each dismissed *with prejudice* pursuant to Fed. R. Civ. P. 41(a)(1).

**ORDERED** that all parties to bear their own costs.

//

//

**cc: FISCAL**

ORDER FOR DISMISSAL WITH PREJUDICE

**ORDERED** that the bond posted by Plaintiff is hereby released.  The Clerk is therefore ordered to return the full amount of the bond to Plaintiff.

**IT IS SO ORDERED.**

DATED:  October 16, 2009_    __ _____
Hon. Andrew J. Guilford,
United States District Court Judge